### W. P. MEEKER's Assignees vs. S. P. MEEKER.

Bail discharg-ed, the affiant de-riving all his knowledge from plaintiff.

IN this case, the court, LEWIS J. alone, held that an affidavit of the agent of the plaintiff, who appeared to derive all his knowledge from the communications of his principal, was insuffi-cient to hold the defendant to bail.

*Duncan* for the plaintiff and *Robertson* for the defendant.